**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

LYNN NOYES,                                    No. CIV S-02-2685-GEB-CMK

          Plaintiff,

     vs.                                      <u>ORDER</u>

KELLY SERVICES,

          Defendant.

_____/

       Pursuant to Eastern District of California Local Rule 37-251(a) and the telephonic request of the moving party, the hearing on the motion to compel (Doc. 76), set for November 16, 2007, in Redding, California, is hereby taken off calendar.  The Clerk of the Court is directed to terminate the matter as a pending motion.

       IT IS SO ORDERED.


 DATED:  November 15, 2007


                                _____
                              **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE