IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYNN NOYES,                                                    No. CIV S-02-2685-GEB-CMK

    Plaintiff,

    vs.                                                              ORDER

KELLY SERVICES,

    Defendant.

_____/

The parties have agreed to participate in a settlement conference before the undersigned on February 27, 2008, at 10:00 a.m. The parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> by February 25, 2008. These statements <u>shall not be filed</u>. The parties shall also arrange for the attendance at the settlement conference of a person able to dispose of the case or fully authorized to settle the matter on any terms. <u>See</u> Local Rule 16-270. Also by February 25, 2008, the parties shall execute and <u>file</u> the attached Waiver of Disqualification.

IT IS SO ORDERED.

DATED: February 14, 2008

                                                     /s/ Craig M. Kellison
                                                   **CRAIG M. KELLISON**
                                                   UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN NOYES, | No. CIV S-02-2685-GEB-CMK |
| Plaintiff, | |
| vs. | WAIVER OF DISQUALIFICATION |
| KELLY SERVICES, | |
| Defendant. | |
| _____/ | |

  Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Kellison thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule 302 of the Eastern District of California.

DATED: _____  
               By: Attorneys for plaintiff

DATED: _____  
               By: Attorneys for defendant