IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYNN NOYES,            )
                       )   2:02-cv-2685-GEB-CMK
         Plaintiff,    )
                       )
      v.               )   ORDER ADDRESSING
                       )   IN LIMINE MOTIONS
KELLY SERVICES, INC.,  )
                       )
         Defendant.    )
_____)

Defendant's motions in limine are addressed as follows:

1. Defendant's motion in limine (Docket #95) to exclude the testimony of Plaintiff's expert Rick Ross concerns issues that are involved in a <u>Daubert</u> hearing currently scheduled for March 17, 2008. The Order filed March 5, 2008, scheduling the <u>Daubert</u> hearing makes it unnecessary to decide this motion, except to the extent that it seeks a <u>Daubert</u> hearing which has been granted.

2. Defendant's motion in limine on unspecified immigration evidence (Docket #96) is denied.

1

3.  Defendant's motion in limine on evidence of other alleged acts of discrimination against Plaintiff (Docket #97) is denied.

4.  Defendant's motion in limine on purported "retaliation evidence" (Docket #98) is denied.

5.  The record on Defendant's "me too" motion in limine (Docket #99) is not concrete enough for a ruling; therefore, the motion is denied.

6.  Defendant's motion in limine to include all evidence of DFEH/EEOC determination letters (Docket #100) is denied.

7.  Defendant's motion in limine to exclude testimony of Jeff Boswell and Steve Wehrmann (Docket #101) is denied.

8.  Defendant's motion in limine to exclude evidence of punitive damages (Docket #102) is denied.

9.  Plaintiff's motion in limine to exclude the letter that advised Plaintiff her allegations could not be sustained (Docket #103) is granted; the motion to exclude Mr. Ross's conviction for conspiracy to commit embezzlement is denied (see advisory committee note to Rule 609 regarding embezzlement constituting admissible evidence under Rule 609(a)(2); and, the motion concerning Ross's other sentencing records and psychological counseling records (except a judgment of conviction for conspiracy to embezzle) is granted; motion to exclude reference to civil lawsuit involving $3,000,000 verdict is denied in light of Defendant's biased proffer.  Further, Defendant has not shown any other civil litigation matters have sufficient probative value on an issue to be admitted.  Lastly,

1 | Plaintiff's motion to exclude personal correspondence from
2 | Rick Ross to Pricilla Coates in the 1980's is denied.
3 | IT IS SO ORDERED.

Dated:  March 11, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge