IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LYNN NOYES, | ) | 2:02-cv-2685-GEB-CMK |
| Plaintiff, | ) | |
| | ) | PROPOSED TRIAL DOCUMENTS |
| v. | ) | |
| | ) | |
| KELLY SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The attached draft voir dire questions, preliminary jury instructions, closing jury instructions, and verdict form are provided to the parties for their consideration.  Any proposed modifications should be submitted as soon as practicable.

Dated:  March 18, 2008

GARLAND E. BURRELL, JR.
United States District Judge