**FILED**

APR 04 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN NOYES, | 2:02-cv-2685-GEB-CMK |
|     Plaintiff, | |
| v. | |
| KELLY SERVICES, INC., | |
|     Defendant. | |

We, the jury in the above-entitled case, answer the questions submitted to us as follows:

1. Has plaintiff proved that her religion or lack of certain religious beliefs was a motivating factor for why she was not selected for the position of Software Development Manager in April 2001?

    ✓ Yes    ___ No

[If your answer to Question No. 1 is "yes," please proceed to Question No. 2. If your answer to Question No. 1 is "no," answer no further questions and have the presiding juror sign and date this form.]

2. What amount of damages has plaintiff proved that she has suffered?

    a. Past economic loss:

       lost earnings and benefits         $ 57,983

       other past economic loss           $ 8400

      b.    Future economic loss:

           lost earnings and benefits    $ _70,391_

           other future economic loss    $ _8400_

      c.    Noneconomic loss, including emotional distress:

                                                        $ _500,000_

    Total Economic and Noneconomic Loss =    $ _647,174_

3.    Do you find by clear and convincing evidence that an officer, director, or managing agent of defendant, had advance knowledge of conduct constituting malice, fraud or oppression?

    __✓__        ____
    Yes            No

[If your answer to Question No. 3 is "yes," please proceed to Question No. 4. If your answer to Question No. 3 is "no," please skip Question No. 4 and proceed to Question No. 5.]

4.    Do you find by clear and convincing evidence that an officer, director, or managing agent of defendant adopted or approved of such conduct expressly or by failure to act?

    __✓__        ____
    Yes            No

[If your answer to Question No. 4 is "yes," please skip Questions Nos. 5 and 6 and proceed directly to Question No. 7. If your answer to Question No. 4 is "no," please proceed to Question No. 5.]

5.    Do you find by a preponderance of evidence that an officer, director, or managing agent of defendant had advance knowledge of conduct that was malicious, oppressive, or in reckless disregard of plaintiff's rights?

    ____        ____
    Yes            No

[If your answer to Question No. 5 is "yes," please proceed to Question No. 6. If your answer to Question No. 5 is "no," answer no further questions and have the presiding juror sign and date this form.]

6. Do you find by a preponderance of the evidence that an officer, director, or managing agent of defendant adopted or approved of such conduct expressly or by failure to act?

_____        _____
Yes              No

[If your answer to Question No. 6 is "yes," please proceed to Question No. 7. If your answer to Question No. 6 is "no," answer no further questions and have the presiding juror sign and date this form.]

7. What amount of punitive damages do you award for plaintiff against defendant?   $ 5.9 million.

Signed: _Doug Harimyn_____   Date: 4-4-08
         Presiding Juror