IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN NOYES, ) | |
| ) | |
| Plaintiff, ) | 2:02-cv-2685-GEB-CMK |
| ) | |
| v. ) | ORDER |
| ) | STAYING EXECUTION OF JUDGMENT |
| KELLY SERVICES, INC., ) | |
| a corporation, ) | |
| ) | |
| Defendant. ) | |

On April 21, 2008, Defendant filed a motion seeking judgment as a matter of law or in the alternative a new trial under Federal Rules of Civil Procedure 50(b) and 59.  Defendant also requested a stay of execution of the judgment under Federal Rule of Civil Procedure 62(b) "until such time as [the court] rules on Kelly's renewed motion for judgment as a matter of law and its motion for a new trial."  (Mot. at 18:19-19:2.)  Plaintiff has not opposed Defendant's request for a stay.

Federal Rule of Civil Procedure 62(b) prescribes "the court may stay the execution of a judgment-or any proceeding to enforce it-

1

1  pending the disposition of [a] motion[] for judgment as a matter of
2  law [or] for a new trial . . . ." Accordingly, execution of the
3  judgment is stayed until the court rules on Defendant's motion filed
4  April 21, 2008, in which it seeks judgment as a matter of law or in
5  the alternative a new trial under Federal Rules of Civil Procedure
6  50(b) and 59.
7      IT IS SO ORDERED.
8  Dated:  June 4, 2008

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge