# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**LYNN NOYES,**

CASE NO: **2:02–CV–02685–GEB–CMK**

v.

**KELLY SERVICES,**

**XX –– Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 7/25/2008**

**Victoria C. Minor**
Clerk of Court

ENTERED: **July 25, 2008**

by: /s/ D. Waggoner
Deputy Clerk