UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**USCA NUMBER:** _____
USCA, please fill in your case number on the copy provided and <u>return</u> to the US District Court.

**TO:**     **CLERK, U.S. COURT OF APPEALS**

**FROM:**   **CLERK, U.S. DISTRICT COURT**

**SUBJECT:**   **NEW APPEALS DOCKETING INFORMATION**

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:02−CV−02685−GEB−CMK** |
| USDC Judge: | **JUDGE GARLAND E. BURRELL JR.** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **LYNN NOYES vs. KELLY SERVICES** |
| Type: | **CIVIL** |
| Complaint Filed: | **12/18/2002** |
| Appealed Order/Judgment Filed: | **7/25/2008** |
| Court Reporter Information: | **K. Bennett** |

FEE INFORMATION

**Fee Status: Paid on 7/31/2008 in the amount of $455.00**

Information prepared by: /s/ **K. Carlos , Deputy Clerk**