UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**LYNN NOYES,**
      Plaintiff

   v.                                  **CASE NO. 2:02−CV−02685−GEB−CMK**

**KELLY SERVICES,**
      Defendant

   You are hereby notified that a Notice of Appeal was filed on **July 31, 2008** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

August 1, 2008

                             **VICTORIA C. MINOR**
                             **CLERK OF COURT**

                    **by:** /s/ K. Carlos

                        Deputy Clerk