1  E. JOSEPH CONNAUGHTON (SBN 166765)
   GREGORY A. KLAWITTER (SBN 222746)
2  **PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
   401 B Street, Tenth Floor
3  San Diego, California 92101-4232
   Telephone: 619-237-5200
4  Facsimile: 619-615-0700

5  PAUL W. CANE, JR. (SBN 100458)
   GREGGORY W. DALTON (SBN 252000)
6  **PAUL, HASTINGS, JANOFSKY & WALKER LLP**
   55 Second Street, 24th Floor
7  San Francisco, CA 94105
   Telephone: 415-856-7014
8  Facsimile: 415-856-7114

9  Attorneys for Defendant
   KELLY SERVICES, INC.

10

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14  | LYNN NOYES, | CASE NO. 2:02-CV-2685 GEB CMK |
15  | Plaintiff, | **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT FROM JUDGMENT AND ORDER OF THE DISTRICT COURT** |
16  | v. | |
17  | KELLY SERVICES, INC., | |
18  | Defendants. | Courtroom: 10 |
    |   | Judge: Hon. Garland E. Burrell |
19  |   | Trial Date: March 25, 2008 |

20

21

22

23

24

25

26

27

28

Notice is hereby given that defendant Kelly Services, Inc. ("Kelly") appeals to the United States Court of Appeals for the Ninth Circuit from: (1) the final judgment of the district court, entered in this case on April 7, 2008, including all interlocutory orders that gave rise to that judgment, including, but not limited to, the motions in limine, the jury verdict, jury instructions, and trial evidentiary errors; (2) the order denying Kelly's motion for judgment as a matter of law pursuant to Rule 50(b) of the Federal Rules of Civil Procedure or in the alternative, for a new trial pursuant to Rule 59 of the Federal Rules of Civil Procedure, entered on July 25, 2008; and (3) from the order awarding attorneys' fees and costs, entered on August 4, 2008.

Dated: August 11, 2008

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: /s/ E. Joseph Connaughton
E. JOSEPH CONNAUGHTON
GREGORY A. KLAWITTER
Attorneys for Defendant
KELLY SERVICES, INC.

Dated: August 11, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Paul W. Cane, Jr.
PAUL W. CANE, JR.
GREGGORY W. DALTON
Attorneys for Defendant
KELLY SERVICES, INC.