1  M. CATHERINE JONES (SB# 133939)
   Law Office of M. Catherine Jones
2  P.O. Box 1128
   Nevada City, CA 95959
3  Telephone: (530) 478-1004
   Facsimile: (530) 265-4004
4
   Attorney for Plaintiff
5  LYNN NOYES

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | Lynn Noyes,                    | NO. 2:02-CV-02685-GEB-CMK

12 |            Plaintiff,          | **SATISFACTION OF JUDGMENT**

13 |     vs.

14 | Kelly Services, Inc.

15 |            Defendant.

LEGAL_US_W # 63782111.1

A judgment was entered in the above action on April 7, 2008; a restated judgment was entered July 25, 2008; attorney's fees and costs were awarded on August 1, 2008; attorney's fees on appeal were awarded on December 29, 2009; and costs were awarded in the trial court on April 15, 2008, in favor of Plaintiff Lynn Noyes ("Plaintiff") and against Defendant Kelly Services, Inc. ("Defendant").  Plaintiff and her counsel of record hereby notify the Court that Defendant satisfied all of the foregoing, including interest, attorney's fees, and any other amount due or claimed to be due in connection with this case, on February 2, 2010.

Therefore, full and complete satisfaction of this judgment is acknowledged, and the record in this matter shall so reflect.

DATED:  February 11, 2010          LAW OFFICE OF M. CATHERINE JONES


                                   By:_____
                                        M. CATHERINE JONES

                                   Attorney for Plaintiff
                                   LYNN NOYES

LEGAL_US_W # 63782111.1

-2-